## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| **AKOLOUTHEO, LLC,** | § | |
| | § | |
| Plaintiff, | § | **CIVIL ACTION NO. 6:19-cv-705** |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| **ELSTER SOLUTIONS, LLC, ET AL,** | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE

Defendants Elster Solutions, LLC and Elster American Meter Company, LLC (collectively "Elster") provide notice that J. Thad Heartfield is appearing as counsel for Elster in this matter. Elster requests that copies of all notices and filings be provided to Mr. Heartfield as follows:

J. Thad Heartfield
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: 409-866-3318
Facsimile: 409-866-5789
thad@heartfieldlawfirm.com

Dated: December 20, 2019                                   Respectfully submitted,

By:  ___/s/ J. Thad Heartfield___
    J. Thad Heartfield
    Texas Bar No. 09346800
    thad@heartfieldlawfirm.com
    THE HEARTFIELD LAW FIRM
    2195 Dowlen Road
    Beaumont, Texas 77706
    Telephone: (409) 866-3318
    Fax: (409) 866-5789

ATTORNEYS FOR DEFENDANTS,
ELSTER SOLUTIONS, LLC and
ELSTER AMERICAN METER
COMPANY, LLC

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on December 20, 2019.

                                                          */s/ J. Thad Heartfield*
                                                          J. Thad Heartfield